# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

                Plaintiff,

v.

                                                        **Criminal No.** 19-CR-133 (MJD)

KHALID HASSAN MOHAMUD,

                Defendant,

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum    ( ) Ad Testificandum

Name of Detainee: KHALID HASSAN MOHAMUD
Detained at (custodian): STEARNS COUNTY JAIL

The government is requesting the **U.S. Marshals** to transport detainee.

Detainee is:  a.)  (X) charged in this district by: Information
                      Charging Detainee With: Bank Robbery
  or    b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ( ) return to the custody of detaining facility upon termination of this proceeding
  or          b.)  (X) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on May 28, 2019 at 2:30 p.m. in the courtroom of Michael J. Davis.

Dated: May 17, 2019

                                                  EVAN B. GILEAD, AUSA

## WRIT OF HABEAS CORPUS

    (X) Ad Prosequendum    ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

May 17, 2019
Date                                                  UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| A.K.A.(s) (if applicable): | | Gender: | Male |
| Booking or Fed. Reg.#: | | DOB: | xx/xx/1990 |
| Facility Address: | 807 Courthouse Square | Race: | |
| | St. Cloud, MN 56303 | FBI #: | 718747CD7 |
| Facility Phone: | 32-259-3760 | | |
| Currently Incarcerated For: | Bank Robbery | | |

### RETURN OF SERVICE

Executed on _____ by _____

(Signature)

SCANNED
MAY 17 2019
U.S. DISTRICT COURT ST.-PAUL

writ issued 5/17/19