# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING (cont'd)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | ) | |
| v. | ) | Case No:       19-cr-00133-MJD-1 |
| | ) | Date:          November 19, 2019 |
| | ) | Courthouse:    Minneapolis |
| Khalid Hassan Mohamud, | ) | Courtroom:     13E |
| | ) | Court Reporter: Kristine Mousseau |
| | ) | Time Commenced: 1:55 p.m. |
| | ) | Time Concluded: 2:40 p..m. |
| Defendant. | | Time in Court:  45 minutes |

Before Michael J. Davis, United States District Judge, at Courtroom 13E, Minneapolis, Minnesota.

APPEARANCES:

 For Plaintiff: Evan Gilead, Assistant U.S. Attorney
 For Defendant: Keala C. Ede, Assistant Federal Defendant
       FBI Special Agent Gilead Eckardt

☒ **Sentencing.**
 ☒ All sealed and restricted documents shall remain sealed or restricted unless otherwise ordered by the Court.

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count No. | Guilty Plea | BOP | SR |
|---|---|---|---|
| 1 | X | 96 months, concurrent with Case No. 131401310, Third District Court, West Jordan, UT | 3 years |

☒ Special conditions of: **See J&C for special condition.**
 ☒ Defendant sentenced to pay:  Restitution in the amount of $2,800.
 ☒ Special assessment in the amount of $100.00 to be paid.
 ☒ Defendant is remanded to the custody of the U.S. Marshal.

Date: November 19, 2019            s/GRR
                       Courtroom Deputy to Judge Michael J. Davis