# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## HEARING ON CITIZENSHIP MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURT MINUTES – CRIMINAL |
| Plaintiff, | BEFORE: Michael J. Davis |
| | U.S. District Court |

v.

Khalid Hasan Mohamud,

Defendant.

| | |
|---|---|
| Case No.: | 19-CR-00133-MJD-1 |
| Date: | November 21, 2019 |
| Court Reporter: | Renee Rogge |
| Courtroom: | 13E |
| Time Commenced: | 10:34 a.m. |
| Time Concluded: | 10:41 a.m. |
| Time in Court: | 7 minutes |

## APPEARANCES:

Plaintiff: Alexander Chiquoine, Assistant U.S. Attorney
Defendant: Lisa M. Lopez, Assistant Federal Defender

## PROCEEDINGS:

☒ **Hearing on Citizenship:**
  ☒ Oath of Allegiance was administered to Defendant. Defendant received Certificate of Citizenship.
  ☒ Defendant remanded to the custody of the U.S. Marshal.

Date: November 21, 2019                                                     s/GRR
                                                           Courtroom Deputy to Judge Michael J. Davis